# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SYLRETHA SMITH, | |
| Plaintiff, | Case No. 2:14-cv-00681-APG-NJK |
| vs. | ORDER DENYING PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER |
| SMITH'S FOOD & DRUG CENTERS, INC., et al., | (Docket No. 14) |
| Defendants. | |

Pending before the Court is the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 14. For the reason described below, the proposed Discovery Plan is hereby **DENIED** without prejudice.

Local Rule 26-1(e) establishes 180 days as the presumptive discovery period, "measured from the date the first defendant answers or otherwise appears[.]" Here, the parties request 180 days from the date of their Fed. R. Civ. P. 26(f) conference, rather than from the date the defendant first appeared. Docket No. 14, at 1-2. The parties provide no reason why the discovery period should be calculated from the date of their Fed. R. Civ. P. Rule 26(f) conference. Such calculation is, in reality, a request for a longer discovery period than the presumptive 180 days. If the parties wish to request a longer discovery period, the Discovery Plan must state on its face "SPECIAL SCHEDULING REVIEW REQUESTED," and indicate why longer or different time periods should apply. LR 26-1(d).

//

//

//

1  The Court hereby **ORDERS** the parties in this case to submit a joint proposed Discovery Plan
2  and Scheduling Order in full compliance with the Federal Rules of Civil Procedure and the Local Rules
3  of this Court, no later than July 9, 2014.
4  IT IS SO ORDERED.
5  DATED this 2nd day of July, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge

2