UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SYLRETHA SMITH, <br><br>　　　　　　　　Plaintiff(s), <br><br>vs. <br><br>SMITH'S FOOD & DRUG CENTERS, INC., <br><br>　　　　　　　　Defendant(s). | Case No. 2:14-cv-00681-APG-NJK <br><br> ORDER DISCHARGING <br> ORDER TO SHOW CAUSE <br><br>(Docket Nos. 24, 26) |

　　　　Pending before the Court is an order for Plaintiff to show cause why she should not be sanctioned for violating a Court order. Docket No. 26. On September 18, 2014, the Court ordered Plaintiff to show cause in writing, no later than September 25, 2014, why she should not be sanctioned in a Court fine of up to $500 for violating a Court order. Docket No. 24. Plaintiff failed to respond in writing, and the Court issued a second order to show cause. Docket No. 26. The Court has now received a response from Plaintiff's counsel. Docket No. 27. Plaintiff's counsel asserts that counsel believed that the filing of the Notice of Appearance would satisfy the Court's order to show cause. *See id.* at 3. The Court hereby CAUTIONS Plaintiff and Plaintiff's counsel that the failure to comply with the Local Rules, Federal Rules of Civil Procedure, and/or Court orders may result in sanctions, up to and including, case-dispositive sanctions. At this time, the Court declines to impose monetary or case-dispositive sanctions. Accordingly, the orders to show cause (Docket Nos. 24, 26) are hereby DISCHARGED.

　　　　IT IS SO ORDERED.

　　　　DATED: October 7, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge